

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

In the interest of T.N.S., a child,       * From the 326th District Court
                                       of Taylor County,
                                       Trial Court No. 08506-CX.

No. 11-17-00248-CV                     * October 19, 2017

                                       * Per Curiam Memorandum Opinion
                                       (Panel consists of: Wright, C.J.,
                                       Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that the appeal should be dismissed for want of jurisdiction. Therefore, in accordance with this court's opinion, the appeal is dismissed.